## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| ESTELA VASQUEZ, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | NO: _____ |
| | § | |
| | § | |
| PORTFOLIO RECOVERY | § | |
| ASSOCIATES, LLC., | § | |
|     Defendant. | § | |

## DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, L.L.C.'S
## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Portfolio Recovery Associates, L.L.C. ("PRA" or "Defendant" herein) hereby files its Notice of Removal of this action to the United States District Court for the Northern District of Texas, Dallas Division and in support thereof would show unto the Court the following:

1. Estela Vasquez ("Plaintiff") filed her Plaintiff's Original Complaint on January 27, 2015 in the County Court at Law, Court No. 1 of Dallas County, Texas, Cause No. CC-15-00430-A (the "Lawsuit").

2. Removal is proper because this case involves a federal question—alleged violations of the Telephone Consumer Protection Act (47 U.S.C. § 227).

3. This is a civil action based upon Plaintiff's contentions that, among other things, Defendant violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et al, and the Texas Debt Collection Act ("TDCA"), TEX. FIN. CODE §§ 392.001 – 392.404.

4. Removal is timely pursuant to 28 U.S.C. §1446(b) because Defendant has filed this

Notice of Removal within 30 days of receipt of Plaintiff's Original Complaint. Defendant was served with Plaintiff's Original Complaint through its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, on February 19, 2015.

5.    There are no other defendants in this case whose consent to this removal is necessary pursuant to 28 U.S.C. §1446(b)(2)(A).

6.    Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite <u>Exhibit A</u>, and are incorporated herein by reference.

7.    A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the County Court at Law, Court No. 1 of Dallas County, Texas.

8.    Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

9.    A jury demand was made in state court.

For the above reasons, Defendant requests that this Court assume full jurisdiction over this proceeding as provided by law.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

**ROBBIE MALONE, PLLC**

/s/ Robbie Malone
ROBBIE MALONE
State Bar No. 12876450
Email: rmalone@rmalonelaw.com
EUGENE XERXES MARTIN, IV
State Bar No. 24078928
Email: xmartin@rmalonelaw.com
ROBBIE MALONE, P.L.L.C.
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas   75231
TEL: (214) 346-2630
FAX: (214) 346-2631

*COUNSEL FOR DEFENDANT*

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that a true and correct copy of the foregoing document has been forwarded to Plaintiff via **CMRRR** and **U.S. 1ˢᵗ Class Mail** on this 11th day of March, 2015 to:

*CMRRR and*
*U.S. 1ˢᵗ Class Mail*
Nick Tedford
State Bar No.: 24066179
Law Office of Craig Zimmerman
One Galleria Tower
13355 Noel Road, Suite 1130
Phone: 214.746.5065
Fax: 214.855.9389
Email: ntedford@craigzlaw.com

/s/ Robbie Malone
ROBBIE MALONE

---

<u>**DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, L.L.C.'S NOTICE OF REMOVAL**</u> – **Page 3**
M:\264.0000 Portfolio Recovery Associates, L.L.C\264.0016 Estela Vasquez v. Portfolio Recovery Associates, LLC\Pleadings\264.0016 - Notice of Removal.docx